

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00237-CR

David A. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-07-11311-CR
The Honorable Camile G. Dubose, Judge Presiding

Opinion by:     Rebeca C. Martinez, Justice

Sitting:        Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  January 7, 2015

AFFIRMED

David Ramirez pled true to violating a condition of his deferred adjudication community supervision. Ramirez's guilt was adjudicated, and he was sentenced to ten years' imprisonment. Ramirez's court-appointed attorney filed a brief containing a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967). Counsel concludes that the appeal has no merit. Counsel provided Ramirez with a copy of the brief and informed him of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—

San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Ramirez did not file a *pro se* brief.

After reviewing the record and counsel's brief, we agree that the appeal is frivolous and without merit.[1] The judgment of the trial court is affirmed. Appellate counsel's request to withdraw is granted. *Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1. No substitute counsel will be appointed. Should Ramirez wish to seek further review of this case by the Texas Court of Criminal Appeals, Ramirez must either retain an attorney to file a petition for discretionary review or Ramirez must file a *pro se* petition for discretionary review. Any petition for discretionary review must be filed within thirty days from the later of: (1) the date of this opinion; or (2) the date the last timely motion for rehearing is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed in the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3. Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4.

Rebeca C. Martinez, Justice

DO NOT PUBLISH

---

[1] Counsel's brief suggests that this court should consider reforming the judgment to delete the assessment of attorney's fees because Hidalgo is indigent. Because the trial court's initial order of deferred adjudication also contained an assessment of attorney's fees, and Hidalgo did not appeal that order, any complaint regarding the assessment of the attorney's fees in this appeal is waived. *See Wiley v. State*, 410 S.W.3d 313, 320-21 (Tex. Crim. App. 2013).